UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2018
MARCH 26, 2019 SESSION



FILED
MAR 26 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-cr-00084
    8 U.S.C. § 1326(a)

JUAN CARLOS REYES-MOLINA

# I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about May 4, 2016, defendant JUAN CARLOS REYES-MOLINA, an alien, was found at or near Tucson, Arizona, and was subsequently removed from the United States to Honduras on or about May 10, 2016.

2. On or about November 30, 2016, defendant JUAN CARLOS REYES-MOLINA, an alien, was found at or near El Centro, California, and was subsequently removed from the United States to Honduras on or about January 4, 2017.

3. On or about October 9, 2017, defendant JUAN CARLOS REYES-MOLINA, an alien, was found at or near El Centro, California, and was subsequently removed from the United States to Honduras on or about November 15, 2017.

4. On or about January 19, 2018, defendant JUAN CARLOS REYES-MOLINA, an alien, was found at or near San Ysidro, California, and was subsequently removed from the United States to Honduras on or about February 28, 2018.

5. On or about March 9, 2019, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JUAN CARLOS REYES-MOLINA, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: _____ for Erik Goes
ERIK S. GOES
Assistant United States Attorney